IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01056-REB-MEH

MARTHA WIRECKI,

    Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 28, 2008.**

    Upon notice of settlement of this matter, Plaintiff's Unopposed Motion to Vacate Rule 16(b) Scheduling Conference [filed August 27, 2008; docket #15] is **granted**. The parties shall file dismissal papers with the court **on or before September 12, 2008**.