IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01056-REB-MEH

MARTHA WIRECKI,

    Plaintiff,

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation For Dismissal With Prejudice** [#18] filed September 12, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#18] filed September 12, 2008, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 12, 2008, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**